UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL PERKINS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. 3:08-cv-5012-RBL-KLS<br><br><br>ORDER FOR REMAND |

It is hereby ORDERED that the Commissioner's final decision should be reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, a new ALJ will further develop the record and conduct a de novo hearing, at which further evidence will be obtained as to the effects of Plaintiff's limitations. The ALJ will re-evaluate the evidence, including obtaining medical expert testimony regarding the limitations arising from each impairment. The ALJ will put a new hypothetical to a vocational expert, incorporating each of Plaintiff's limitations. The ALJ will make a new determination as to

Page 1　　ORDER - [3:08-CV-5012-RBL-KLS]

1 Plaintiff's disability taking all evidence into account, and issue a new decision.  Upon proper

2 application, Plaintiff shall be entitled to reasonable attorney's fees under the terms of the Equal

3 Access to Justice Act, 28 U.S.C. § 2412 et seq..

      DATED this 13th day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ DAVID J. BURDETT
Special Assistant U.S. Attorney
WSB # 29081
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2522
Fax: (206)615-2531
david.burdett@ssa.gov

Page 2    ORDER - [3:08-CV-5012-RBL-KLS]