UNITED STATES DISTRICT COURT JUDGE
THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL PERKINS

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.

CASE NO. C08-5012KLS

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS

## STIPULATION

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 21.90 hours by counsel for the plaintiff, a statutorily allowed rate of $166.46 per hour, and $350.00 cost for the filing fee and $17.80 expense for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

Dated this __15__ day of August 2008.

| | |
|---|---|
| /s/ Charles W. Talbot | Approved by email August 15, 2008 |
| Charles W. Talbot, WSBA #7448 | David J. Burdett, WSBA #29081 |
| Attorney for Plaintiff | Attorney for Defendant |

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

ORDER/JUDGMENT

1   Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $3,645.47, with a cost for filing fee of $350.00, and an expense of $17.80 for service of the summons and complaint, pursuant to 28 U.S.C. § 1920, for a total judgment of $4,013.27.

Dated this 18th day of August 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry:

Approved by email August 15, 2008
David Burdett WSBA # 29081
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300