Honorable Ronald B. Leighton
United States District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PERKINS,<br><br>                            Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>                            Defendant. | NO. CV-08-5012RBL<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

This matter coming on regularly before the undersigned upon the motion of the plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), and the court having fully considered the pleadings filed in support of such request and deeming itself fully advised, now therefore it is

ORDERED ADJUDGED AND DECREED that counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $20,970.00 less the EAJA award in the amount of $3,645.47, for a net judgment amount of $ 17,324.53.

Done this 9th day of December, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

1

2  Presented by:

3

4  /s/Charles W. Talbot
5  Charles W. Talbot, WSBA # 7448
   Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 2