# United States District Court

WESTERN DISTRICT OF WASHINGTON

    MICHAEL PERKINS

          v.

    MICHAEL J. ASTRUE,
    Acting Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C08-5012RBL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

      That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $20,970.00 less the EAJA awarded in the amount of $3,645.47, for a net judgment amount of $17,324.53.


| December 11, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |